### WILLIAM E. OSBORN vs. CHARLES J. VAN CORT.

Plaintiff's excuse, and terms upon which he was permitted to stipulate a second time.

*Motion by defendant for judgment as in case of non-suit after stipulation.*— The plaintiff is allowed to stipulate a second time in this cause, 52] because of the sickness of a material witness residing in Tompkins county, whose attendance the plaintiff could not procure at the September circuit in Kings county, where the venue is laid, due diligence having been used by plaintiff to procure the attendance of the witness previous to the circuit. No costs allowed on the motion, for the reason that plaintiff had tendered a second stipulation, and there was doubt whether or not the defendant had accepted it. The judge thought the plaintiff considered it accepted.

J. T. BRADY, *Defts Counsel.*    A. J. SPOONER, *Defts Atty.*
CHARLES TAYLOR, *Plffs Counsel.*    J. DIKEMAN jr., *Plffs Atty.*

*Decision.*— Motion granted, unless plaintiff stipulate and pay costs of preparing for circuit, without costs of this motion to either party.